IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO BROWN,

     Plaintiff,                       No. CIV S-05-2598 MCE CMK P

  vs.

B. YOUNG, et al.,

     Defendants.               ORDER

_____/

       Plaintiff has requested the appointment of counsel.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's January 6, 2006 motion for the appointment of counsel will therefore be denied.

/////

/////

/////

1

         Accordingly, IT IS HEREBY ORDERED that plaintiff's January 6, 2006 motion for the appointment of counsel is denied.

DATED: January 12, 2006.

                                      */s/ Craig M. Kellison*
                                **CRAIG M. KELLISON**
                                UNITED STATES MAGISTRATE JUDGE

/mp
brow 05cv2598.31