IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO BROWN,

        Plaintiff,                             No. CIV S-05-2598 MCE CMK P

    vs.

B. YOUNG, et al.,

        Defendants.                ORDER

_____/

        Plaintiff has filed two requests for the appointment of counsel–one on January 13, 2006 and one on January 23, 2006. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's motions for the appointment of counsel will therefore be denied.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's January 13, 2006 motion for the appointment of counsel (doc. 8) and plaintiff's January 23, 2006 motion for the appointment of counsel (doc. 10) are denied.

DATED: January 30, 2006.

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE